# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:   06-cv-01877-WYD-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October 11, 2006** | Courtroom Deputy, Ellen E. Miller |

| | |
|---|---|
| THE WEINTRAUB ORGANIZATION, LTD. | Michael P. Matthews |
| **Plaintiff(s),** | |
| v. | |
| CARRISAMAE MARTINEZ, and | Kevin McGreevy |
| STEPHEN MARSHALL EVANS, | Gregory Daniels |
| **Defendant(s)** | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:**   3:30 p.m.
Court calls case. Appearance of counsel.

Discussion is held regarding the hearing held by The Honorable Wiley Y. Daniel yesterday as to a Preliminary Injunction.

Discussion is held regarding the pending motions.

**It is ORDERED:**   Plaintiff's MOTION FOR EARLY DISCOVERY (Docket No. **11,** Filed October 03, 2006) is **DENIED** for reasons as stated on the record.

The parties shall hold a FED.R.Civ.P. 26(f) Conference by close of business **October 12, 2006.**

Counsel shall establish a conference call with chambers staff   (303) 844 - 2117   tomorrow to set a FED.R.Civ.P. 16(b) Scheduling Conference during the week of **October 23, 2006.** Chambers staff will set the conference being aware of Magistrate Judge Coan's docket which Magistrate Judge Shaffer is helping cover.

The parties shall submit a Proposed Scheduling Order no later than close of business **October 20, 2006.**

*06-cv-01877-WYD-CBS*
*Status Conference / Motions Hearing*
*October 11, 2006*

**It is ORDERED:**   Plaintiff's MOTION FOR ATTACHMENT (Docket No. **15,** Filed October 06, 2006) is **TAKEN UNDER ADVISEMENT**.

Mr. Matthews shall contact chambers staff  (303) 844 - 2117   by close of business Monday, **October 16, 2006**  as to the Plaintiff's decision whether to pursue the Motion for Attachment or to request that the Motion for Attachment be withdrawn.

HEARING CONCLUDES.

**Court in recess:**   3:53  p.m.
Total In-Court Time:    00:23