**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01877-WYD

THE WEINTRAUB ORGANIZATION, LTD
d/b/a WEINTRAUB ENGINEERING,
a Pennsylvania corporation,

      Plaintiff,

v.

CARISSAMAE MARTINEZ f/k/a CARISSAMAE
EVANS and a/k/a CARISSA FREDERICK, an
individual, and STEPHEN MARSHALL EVANS, an individual

      Defendant.

## ORDER REGARDING MOTION FOR ATTACHMENT

THIS MATTER comes before the Court on Plaintiff's Motion for Attachment (*doc. no. 15)* and the Court having been fully advised in the Premises does hereby order as follows:

1. It appears from the Complaint and Affidavits filed in support thereof, that there is reasonable probability, that one or more causes of attachment contained in C.R.C.P. 102(c) exist.

2. The Plaintiff must post a bond in the amount of $5,000 pursuant to C.R.C.P. 102(d).

3. That upon Plaintiff's posting of the required bond, the following writs and notices may be issued:

A Writ of Attachment shall be issued to the Arapahoe County Sherriff, and Writs of Garnishment in Aid of Attachment shall be issued to Bank of the West f/k/a Commercial Federal Bank, and Academy Bank, a/k/a Air Academy National Bank.

      4.      Upon determining that the Defendant Frederick has additional accounts, credits, or property, the Plaintiff shall be issued additional writs by the Clerk of the Court.

DATED at Denver, Colorado, this 16th day of October, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              Craig B. Shaffer
                              United States Magistrate Judge