UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-01877-WYD

THE WEINTRAUB ORGANIZATION, LTD.,

    Plaintiff,

v.

CARRISAMAE MARTINEZ, formally known as CARRISAMAE EVANS, formally known as CARRISAMAE FREDERICK; and
STEPHEN MARSHALL EVANS,

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff's and Defendant Carissamae Martinez' ("Defendant Frederick") Stipulation regarding Preliminary Injunctive Relief [# 28], filed October 20, 2006. Accordingly, it is

ORDERED as follows:

1.    Defendant Carissa Frederick is enjoined from selling, conveying, gifting, or otherwise transferring the real property that she owns located at 6918 S. Biloxi Court, in Aurora, Colorado (the "Property"), and from refinancing the Property or further encumbering, granting a deed of trust, mortgage or security interest in or against the Property, or otherwise using the Property as collateral to borrow money or secure a loan or other financing of any form other than that certain Promissory Note dated December 28,

2005 in the original principal amount of Two Hundred Eighty-seven Thousand and 00/100 Dollars and the related Deed of Trust of even date therewith.

2. Defendant Carissa Frederick is enjoined from selling, conveying, gifting, or otherwise transferring her 2006 Honda Accord (the "Automobile"), and from further encumbering or granting a security interest in or against the Automobile, or otherwise using the Automobile as collateral to borrow money or secure a loan or other financing of any form other than the loan secured when Defendant Carissa Frederick originally acquired the Automobile.

3. Defendant Carissa Frederick is enjoined from selling, conveying, gifting, or otherwise transferring any furniture or furnishings purchased with Plaintiff's funds.

4. Defendant Carissa Frederick is enjoined from selling, conveying, gifting, or otherwise transferring any personal property purchased with Plaintiff's funds.

5. Defendant Carissa Frederick is enjoined from selling, conveying, gifting, or otherwise transferring any financial assets of any character or nature, including, but not limited to, any mutual funds, stocks, bonds, options, warrants, or other securities, any promissory notes or other evidence of indebtedness, certificates of deposit, insurance policies and/or annuities, she acquired or purchased, in whole or in part, with Plaintiff's funds.

6. Defendant Carissa Frederick is enjoined from depositing funds into and transferring funds out of all bank and/or credit union accounts, within and outside the United States of America, including, but not limited to, Academy Bank Account Nos. 1751954 and 1400603 and Commercial Federal or Bank of the West Account Nos.

490069572, 95560928 and/or 94672774, and Compass Bank Account No. 2500756325. Not withstanding this provision, Defendant Carissa Frederick is allowed to deposit funds into and transfer funds out of Academy Bank Account No. 1956807, a new account that she established on October 13, 2006 for her day to day banking needs.  Notwithstanding the above, Defendant Frederick is entitled to engage in any banking and asset management that is within the scope of her current employment.

This Order for Preliminary Injunctive Relief is binding upon the parties until the entry of final judgment and may only be amended upon a showing of good cause.

Dated:  October 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge