# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  06-cv-01877-WYD-CBS** | **FTR** - Reporter Deck, Crtrm A402 |
| **Date: October  26,  2006** | Courtroom Deputy,  Ellen E. Miller |

| | |
|---|---|
| THE  WEINTRAUB  ORGANIZATION, LTD. | Erika  Moore |
| **Plaintiff(s),** | |
| v. | |
| CARRISAMAE  MARTINEZ,  and  STEPHEN  MARSHALL  EVANS, | Kevin M. McGreevy   (by telephone)  Gregory R. S. Daniels |
| **Defendant(s)** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:   RULE  16(b)  SCHEDULING   CONFERENCE** / **MOTIONS  HEARING**
**Court in session:**  8:45  a.m.
Court calls case.  Appearance of counsel.

Parties have held a Rule 26(f) meeting and   Rule 26(a)(1) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Deadline for Joinder of parties / Amendment of pleadings is:   **JANUARY   03,   2007**

Discovery Cut-off  is:  **APRIL   16,   2007**

Dispositive Motions deadline is:     **APRIL  30,   2007**

Parties shall designate affirmative experts    **on or before   JANUARY   30,   2007**

Parties shall designate rebuttal experts    **on or before   MARCH   16,   2007**

Interrogatories,  Requests for Production of  Documents,   and Requests for Admissions shall be served   **no later than MARCH 16, 2007**

Plaintiff  shall be limited to FIFTY (50)  Requests for Production   and   FIFTY (50)  Requests for Admissions.  Each defendant shall be limited to   TWENTY-FIVE (25)  Requests for Production and   TWENTY-FIVE (25) Requests for Admissions.

*06-cv-01877-WYD-CBS*
*Rule 16(b) Scheduling Conference*
*October 26, 2006*

The parties anticipate  FOUR   expert witnesses per party.

Plaintiff  shall be limited to   TWENTY (20) non-expert, non-records  depositions, absent leave of court.   Each   defendant   shall be limited to   TEN (10) non-expert, non-records depositions, absent leave of court.

No **STATUS CONFERENCE** is set at this time.

Counsel   may   not    file any OPPOSED discovery motions without leave of court.
Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file  a discovery motion.

**SETTLEMENT CONFERENCE**   is set :   **DECEMBER  08,  2006  at  9:00  a.m.**
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved,  with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated  Confidential Settlement Statement  to Magistrate Judge Shaffer **on or before DECEMBER  04,  2006**    outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief  Updated Settlement Statements (15 pages or less)   shall be sent via e-mail in a PDF format to       **Shaffer_Chambers@cod.uscourts.gov**
In addition, ALL  additional settlement material (*i.e.* deposition transcripts,  documents) shall be submitted to the court as hard copies.   Counsel shall indicate in their e-mail  if they are submitting additional information for the Court to read.
Any    additional material   shall be delivered  to the Office of the  Clerk of the Court   in  an envelope marked "PERSONAL    PER   MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS"

**FINAL  PRETRIAL CONFERENCE**   is set:  **OCTOBER  09,  2007 at  9:00  a.m.**
Final Pretrial Order is due   **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a FIVE  DAY Trial to a Jury.
The parties will be directed at a future date to the chambers of The Honorable Wiley Y. Daniel  to set a **Trial Preparation Conference**  and **Trial.**

*06-cv-01877-WYD-CBS*
*Rule 16(b) Scheduling Conference*
*October 26, 2006*

9:19 a.m.    COURT GOES OFF THE RECORD TO DISCUSS SETTLEMENT

9:23 a.m.    COURT IS BACK ON THE RECORD.

Discussion is held regarding Plaintiff's Motion for Court Order. Mr. Daniels notes the motion does not appear to pertain to his client Mr. Evans. Mr. McGreevy anticipates filing a response on behalf of his client Ms. Frederick.

**It is ORDERED:**    Plaintiff's MOTION FOR COURT ORDER PURSUANT TO 47 U.S.C.A. § 551 AND REQUEST FOR FORTHWITH RULING (Docket No. **29,** Filed October 24, 2006) is **HELD IN ABEYANCE** pending briefing.

Defendants shall have to and including **OCTOBER 31, 2006** within which to respond.
Plaintiff shall have to and including **NOVEMBER 03, 2006** within which to file its reply.

!    Scheduling Order is signed and entered with interlineations on **OCTOBER   26,   2006**

HEARING CONCLUDED.

**Court in recess:**    9:32  a.m.    Total In-Court Time:    00:47