IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01877-WYD-CBS

THE WEINTRAUB ORGANIZATION, LTD.,

    Plaintiff,

v.

CARRISAMAE MARTINEZ,
formally known as CARRISAMAE EVANS, formally known
as CARRISAMAE FREDERICK; and
STEPHEN MARSHALL EVANS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Vacate Settlement Conference (*doc. no. 47)* is **DENIED**.

    IT IS FURTHER ORDERED that parties should come to Court on December 8, 2006, prepared for settlement and also to discuss Plaintiff's Motion for Issuance of a Write of Assistance (*doc. no. 42)* and Plaintiff's Motion for Court Order Pursuant to 47 U.S.C. § 551 and Request for Forthwith Ruling (*doc. no. 29)*.

    IT IS FURTHER ORDERED that the hearing set for December 21, 2006, is **VACATED**.

**DATED:**    December 4, 2006