IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  06-cv-01877-WYD-CBS

THE WEINTRAUB ORGANIZATION, LTD
d/b/a WEINTRAUB ENGINEERING,
a Pennsylvania corporation,

    Plaintiff,

v.

CARISSAMAE MARTINEZ f/k/a CARISSAMAE
EVANS and a/k/a CARISSA FREDERICK, an
individual, and STEPHEN MARSHALL EVANS, an individual

    Defendant.

## ORDER REGARDING STIPULATED MOTION TO STAY

THIS MATTER comes before the Court on the Stipulated Motion to Stay [# 64], filed January 19, 2007.  Plaintiff initially filed this action alleging numerous causes of action including embezzlement.  The parties have informed the Court that federal and state criminal authorities have been notified of the alleged embezzlement.  Therefore, both parties request that this action be stayed pending the outcome of the criminal investigation.  After carefully reviewing the file in this case, I find that the Stipulated Motion to Stay should be granted in part and denied in part.

Since the length of the criminal investigation is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Stipulated Motion to Stay [# 64] is **GRANTED in part and**

**DENIED in part**.  It is

FURTHER ORDERED that I am granting the motion in that the case is to be placed on hold, and I am denying the motion in that instead of staying the case pending the outcome of the criminal investigation, I am administratively closing this action.  It is

FURTHER ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:  January 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge